*This case was not selected for publication in the Federal Reporter*
*UNPUBLISHED*

**UNITED STATES of America, Plaintiff—Appellee,**

v.

**William Haskell FARMER, Defendant—Appellant.**

No. 06–7470.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 21, 2006.

Decided: Dec. 4, 2006.

---

William Haskell Farmer, Appellant Pro Se. Kevin Frank McDonald, Office of the United States Attorney, Columbia, South Carolina, for Appellee.

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Haskell Farmer appeals the district court's order construing his Fed. R.Crim.P. 36 motion as a petition filed under 28 U.S.C. § 2241 (2000), and dismissing it for lack of jurisdiction. Farmer also appeals the district court's denial of his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Farmer*, No. 3:00–cr–00385–CMC–AL (D.S.C. July 7, 2006; Aug. 15, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*